820

No. 1071, October Term, 1945. CARPENTER ET AL. *v.* TITLE INSURANCE & TRUST Co. October 14, 1946. 328 U. S. 847.

No. 1102, October Term, 1945. GOULD ET AL. *v.* UNITED STATES. October 14, 1946. 328 U. S. 848.

No. 1108, October Term, 1945. BROOKS, ADMINISTRATRIX, *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. (328 U. S. 867);

No. 1109, October Term, 1945. DIKIS, ADMINISTRATOR, ET AL. *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. (328 U. S. 868); and

No. 1110, October Term, 1945. ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* CHASE NATIONAL BANK ET AL. (328 U. S. 868). October 14, 1946.

No. 1135, October Term, 1945. RUBIN *v.* NEW YORK. October 14, 1946. 328 U. S. 851.

No. 1162, October Term, 1945. MURPHY *v.* MURPHY. October 14, 1946. 328 U. S. 872.

No. 1172, October Term, 1945. LORENZO *v.* UNITED STATES ET AL. (328 U. S. 863);

No. 1173, October Term, 1945. ROSASCO *v.* UNITED STATES ET AL. (328 U. S. 863);

No. 1174, October Term, 1945. MARIANO MARESCA & Co. *v.* UNITED STATES ET AL. (328 U. S. 864); and